IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE FAUSTINO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EGG HARBOR TOWNSHIP, <u>et al.</u>,<br><br>　　　　　Defendants. | Civil Action<br>No. 07-4067 (JBS)<br><br>**ORDER** |

　　This matter having come before the Court on the motion of Plaintiff to file a late notice of tort claim [Docket Item 4]; the Court having considered the submissions of Plaintiff and Egg Harbor Township in support thereof and in opposition thereto; the matter being unopposed by Defendant DeAngelis, a public employee; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

　　IT IS this  **19th**   day of **February, 2008** hereby

　　ORDERED that Plaintiff's motion to file a late notice of tort claim shall be, and hereby is, **GRANTED**.

　　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　United States District Judge